FILED
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**MELVIN DOWELL**

INDICTMENT

NO. 3:20-CR-47-DJH

18 U.S.C. § 1467
18 U.S.C. § 1470
18 U.S.C. § 2422(b)
18 U.S.C. § 2428

The Grand Jury charges:

COUNT 1
(*Attempted online enticement of a minor*)

On or about and between August 14, 2019, and August 30, 2019, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MELVIN DOWELL**, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

COUNT 2
(*Attempted transfer of obscene matter to a minor*)

On or about and between August 14, 2019, and August 30, 2019, in the Western District of Kentucky, Hardin County, Kentucky, the defendant, **MELVIN DOWELL**, using a facility and means of interstate commerce, did knowingly attempt to transfer obscene matter, specifically, a

picture of his naked penis, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

### NOTICE OF FORFEITURE

As a result of committing the offenses set out in Counts 1 and 2 of this Indictment, the defendant, **MELVIN DOWELL**, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1467 and 2428, all of the right, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:JEL:200312

UNITED STATES OF AMERICA v. **MELVIN DOWELL**

## PENALTIES

Count 1:   NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
   *mandatory $5,000 assessment if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)
Count 2:   NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual         Felony:   $100 per count/individual
               $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.   You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.   18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.   This rate changes monthly.   Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613 .

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY   40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY   42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY   42301
270/689-4400

PADUCAH:   Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY   42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

## THE UNITED STATES OF AMERICA

vs.

## MELVIN DOWELL

### INDICTMENT

**COUNT 1**
Attempted online enticement of a minor
18 U.S.C. §2422(b)

**COUNT 2**
Attempted transfer of obscene matter to a minor
18 U.S.C. §1470

**FORFEITURE**

*A true bill.*

*Foreperson*

**FILED**
VANESSA L. ARMSTRONG, CLERK
Filed in open court this 17th day of June, 2020.

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*Clerk*

*Bail, $*