UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                  PLAINTIFF

vs.                      CRIMINAL ACTION NO. 3:20-CR-47-DJH

MELVIN DOWELL                      DEFENDANT

## ORDER

The Indictment returned by the Federal Grand Jury charging the above-named defendant with violations of 18 U.S.C. §§ 1470 and 2422(b), is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 17th day of June, 2020.

REGINA S. EDWARDS
United States Magistrate Judge

**ENTERED**
VANESSA L. ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

K. Davis