UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                               CRIMINAL ACTION NO. 3:20-CR-47-DJH

MELVIN DOWELL                                               DEFENDANT

NOTICE OF ENTRY OF APPEARANCE
*ELECTRONICALLY FILED*

The undersigned, Brian Butler, has been retained to represent the defendant, Melvin Dowell. My address is 600 West Main Street, Suite 500, Louisville, Kentucky 40202.  My telephone number is (502) 594-1802 and my fax number is (502) 584-1212.

Respectfully submitted,

/S/ Brian Butler

_____
BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502)882-5192 or (502) 594-1802

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court and the assigned Assistant United States Attorney, the Hon. Jo Lawless, on June 23, 2020.

/S/ Brian Butler

_____
BRIAN BUTLER