UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                   PLAINTIFF

vs.                                          CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                                                       DEFENDANT

*Electronically Filed*
**MOTION FOR PROTECTIVE ORDER AND TO SEAL EXHBIITS**

       Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for entry of the accompanying Protective Order, including the sealing of exhibits introduced during the Detention Hearing held on June 23, 2020. The United States is aware of its discovery obligations. The details of the undercover persona (including photographs), and investigative techniques specific to this case are also employed in other investigations. In order to protect the integrity of those ongoing investigations, it is respectfully requested that the Court direct that the materials and information provided by the United States to the defense on these issues, including Exhibits A – C introduced during the Detention Hearing, be maintained in a secure manner. The United States requests that only individuals with a legal reason to know the information have access to the information. Recognizing that counsel has an obligation to share the contents of the materials with the defendant, it is

respectfully requested that no copies be made or distributed.

                                      Respectfully Submitted,

                                      RUSSELL M. COLEMAN
                                      UNITED STATES ATTORNEY

                                      /s/ *Jo E. Lawless*
                                      Jo E. Lawless
                                      Assistant United States Attorney
                                      717 West Broadway
                                      Louisville, Kentucky 40202
                                      (502) 625-7065
                                      (502) 582-5912 (fax)

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was served on defense counsel through the Court's ECF system on June 24, 2020.

                                      /s/ *Jo E. Lawless*
                                      Jo E. Lawless
                                      Assistant United States Attorney