UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                            CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                                                                               DEFENDANT

### ORDER

This matter is before the Court on motion of the United States of America for entry of a Protective Order that includes sealing the exhibits tendered during the detention hearing held on June 23, 2020. **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. The exhibits submitted during the detention hearing are **SEALED**;

3. All materials provided by the United States to the defense to meet discovery obligations as related to the methods and specifics of the undercover persona and investigative techniques shall not be shared or distributed to any person or entity unless the person or entity is involved in preparation of the defense in this action; and

4. Counsel may share information specifically pertaining to the online persona, including but not limited to photographs, identities and agreements for use of said photographs with the defendant, but no copies shall be made or distributed.