UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:20-cr-47-DJH

MELVIN DOWELL,     Defendant.

\* \* \* \* \*

### ORDER

The United States moves for a protective order restricting access to certain materials produced to the defense in this matter. (Docket No. 11) As grounds for the motion, the government states that it seeks to "protect the integrity of . . . ongoing investigations" that employ the same "details of the undercover persona . . . and investigative techniques" used in this case. (*Id.*, PageID # 19) In light of the explanation provided, the Court finds good cause to restrict discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Motion for Protective Order and to Seal Exhibits (D.N. 11) is **GRANTED**. Discovery in this matter is **RESTRICTED** as follows:

(1) The exhibits submitted during the June 23, 2020 detention hearing are **SEALED**.

(2) Materials provided by the United States to the defense to meet discovery obligations as related to the methods and specifics of the undercover persona and investigative techniques shall not be shared or distributed to any person or entity unless the person or entity is involved in preparation of the defense in this action.

(3) Counsel may share information specifically pertaining to the online persona, including but not limited to photographs, identities, and agreements for use of said photographs with the defendant, but no copies shall be made or distributed.

June 29, 2020

**David J. Hale, Judge**
**United States District Court**

1