```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF KENTUCKY
                      AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                           CRIMINAL ACTION NO. 3:20-CR-47-DJH

MELVIN DOWELL                                               DEFENDANT

<u>MOTION TO WITHDRAW AS COUNSEL</u>
*ELECTRONICALLY FILED*

Comes the undersigned and moves this Honorable Court to permit him to withdraw as counsel. In support of the motion the undersigned states as follows:

Today, the undersigned was advised that the Dowells do not have the funds agreed upon to represent Mr. Dowell in this action and that they would not be able to continue with the undersigned's representation.

This matter is in the earliest stages of litigation.

WHEREFORE, the undersigned asks the Court to enter the attached Order permitting him to withdraw as counsel.

Respectfully submitted,

/s/ Brian Butler

---

BRIAN BUTLER
Attorney at Law
600 West Main St., Suite 500
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was electronically filed using the Court's electronic filing system on July 7, 2020 with service to counsel of record.

/s/ Brian Butler

BRIAN BUTLER