UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                   CRIMINAL ACTION NO. 3:20-CR-47-DJH

MELVIN DOWELL                                                           DEFENDANT

*****

## **ORDER**

Counsel having moved to withdraw, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Brian Butler's Motion to Withdraw as Counsel is GRANTED.