UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL     DEFENDANT

*Electronically Filed*
**RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**

    Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to Brian Butler's motion to withdraw as counsel and states no objection to the request. Because the defendant advised the Magistrate Judge at the time of his Initial Appearance that he intended to retain counsel, the Court did not elicit testimony concerning the defendant's financial status or eligibility for court-appointed counsel.

    Respectfully Submitted,

    RUSSELL M. COLEMAN
    UNITED STATES ATTORNEY

    /s/ *Jo E. Lawless*
    Jo E. Lawless
    Assistant United States Attorney
    717 West Broadway
    Louisville, Kentucky 40202
    (502) 625-7065
    (502) 582-5912 (fax)

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was served on defense counsel through the Court's ECF system on July 19, 2020.

    /s/ *Jo E. Lawless*
    Jo E. Lawless
    Assistant United States Attorney