UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 17 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Case Number: 3:20-CR-47  Style of Case: US V. DOWELL
Received from: AD  Received by: [signature]  Date: 7/17/20

Proceedings: 6/23/20 ARR/DET RSE

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| A | Cragslist messages | | |
| B | Text messgaes | | |
| C | Craigslist posting | | |

**DISPOSITION OF EXHIBITS:**

ITEMS:_____
RECEIVED BY:_____ DATE: _____
RETURNED BY:_____ DATE: _____
ITEMS:_____
RECEIVED BY:_____ DATE: _____
RETURNED BY:_____ DATE: _____
ITEMS:_____
RECEIVED BY:_____ DATE: _____
RETURNED BY:_____ DATE: _____
OTHER DISPOSITION:_____
**DATE:**_____ **RETURNED BY:**_____, **Deputy Clerk**