UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                  CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                                                DEFENDANT

*Electronically Filed*
**MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY and CONTINUANCE OF TRIAL**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for an extension of time in which to complete discovery and continuance of the August 31, 2020, trial date.

The United States provided initial discovery to the defense at the time of the detention hearing. The chat texts were filed as sealed exhibits. This Court subsequently granted the United States' motion for a Protective Order concerning the details of the undercover persona (including photographs), and investigative techniques. (DN 14).

Recently, defense counsel filed a motion to withdraw. (DN 15). The United States responded and stated no objection. (DN 16). The matter remains pending.

In order for both parties to effectively prepare the case for trial, and taking into account the exercise of due diligence, it is respectfully requested that the trial date be continued, pursuant to 18 U.S.C. § 3161(h)(7)A) and (h)(7)(B)(iv). The ends of justice are served by taking such

action and outweigh the public's interest in a speedy trial.

                    Respectfully Submitted,

                    RUSSELL M. COLEMAN
                    UNITED STATES ATTORNEY

                    /s/ *Jo E. Lawless*
                    Jo E. Lawless
                    Assistant United States Attorney
                    717 West Broadway
                    Louisville, Kentucky 40202
                    (502) 625-7065
                    (502) 582-5912 (fax)

## CERTIFICATE OF SERVICE

     A copy of the foregoing was served on defense counsel through the Court's ECF system on July 22, 2020.

                    /s/ *Jo E. Lawless*
                    Jo E. Lawless
                    Assistant United States Attorney