UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                          PLAINTIFF

vs.                          CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                          DEFENDANT

**ORDER**

This matter is before the Court on motion of the United States of America for an extension of time in which to complete discovery and to continue the trial currently scheduled for August 31, 2020. **IT IS ORDERED** as follows:

1. The motion is **GRANTED**;

2. Counsel shall have an additional seven days following an entry of appearance or appointment of new counsel for the defendant in which to complete discovery; and

3. The trial date of August 31, 2020, is remanded from the Court's docket. A new trial date will be set by separate Order. The time between the filing of the United States' motion and the new trial date shall be excluded under the Speedy Trial Act, namely, 18 U.S.C. § 3161(h)(7)A) and (h)(7)(B)(iv). The continuance is necessary to allow the parties reasonable time for effective preparation, taking into account due diligence. The ends of justice are served by taking such action and outweigh the public's interest in a speedy trial.