UNITED STATES  DISTRICT  COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.  3:20 cr 47

UNITED STATES

V.

MELVIN ANTHONY DOWELL

## NOTICE  OF  APPEARANCE

Comes the Hon. Wallace N. Rogers, and for his Notice of Appearance,

states that he has been retained to represent  Melvin Anthony Dowell in the

above styled criminal action.

## CERTIFICATE

I hereby certify that a copy of the foregoing was transmitted via electronic

mail to the U. S. District court and a copy mailed this 29th day of August 2020, to:

United  States  Attorney's  Office,  Attn:   Hon.  Jo  Lawless,  717  West

Broadway, Louisville, Ky. 40202

Respectfully submitted,

s/Wallace  N.  Rogers
*WALLACE N. ROGERS*
TURNER COOMBS & MALONE, LLC
440 South Seventh St.
Suite 300
Louisville, Ky.  40203
Phone:       (502)  584 - 6375
FAX:          (502)  585 – 3861
E-mail:       rogers@tcmlegal.com