UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20 cr 47

## ORDER

Notice of Appearance having been filed by Hon. Wallace N. Rogers on behalf of Melvin Anthony Dowell,

IT IS HEREBY ORDERED THAT Hon. Brian Butler is hereby relieved of further responsibilities in this matter and Hon. Wallace N. Rogers is hereafter recognized as counsel of record on behalf of Defendant Melvin Anthony Dowell.

_____
Judge

_____
Date