```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                           AT LOUISVILLE
```

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:20-CR-47-DJH

MELVIN DOWELL                                                 DEFENDANT

*****

# **ORDER**

New counsel having entered his appearance on behalf of Defendant Dowell (DN 21),

IT IS HEREBY ORDERED that Brian Butler's Motion to Withdraw as Counsel is GRANTED.

IT IS FURTHER ORDERED that the ex parte hearing scheduled for July 29, 2020 is REMANDED from the Court's docket.