UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20 cr 47

UNITED STATES

V.

MELVIN ANTHONY DOWELL

### NOTICE OF NO OBJECTION
### TO MOTION TO CONTINUE TRIAL DATE

Comes the Hon. Wallace N. Rogers, and on behalf of his client Melvin Dowell, states that he has No Objection to the government's Motion to Continue the present trial date in the above styled criminal action.

Hon. Wallace N. Rogers was only recently retained to represent Mr. Dowell in this action and continuance of the current trial date will allow Mr. Rogers additional time needed to review Discovery Information and discuss such information with his client who is currently incarcerated in the Oldham Col Jail.

## CERTIFICATE

I hereby certify that a copy of the foregoing was transmitted via electronic mail to the U. S. District court and a copy mailed this 3rd day of August 2020, to: United States Attorney's Office, Attn: Hon. Jo Lawless, 717 West Broadway, Louisville, Ky. 40202

Respectfully submitted,

s/Wallace N. Rogers
**WALLACE N. ROGERS**
TURNER COOMBS & MALONE, LLC
440 South Seventh St.
Suite 300
Louisville, Ky. 40203
Phone: (502) 584 - 6375
FAX: (502) 585 – 3861
E-mail: rogers@tcmlegal.com