UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:20-cr-47-DJH

MELVIN DOWELL, Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on September 25, 2020, with the following counsel participating:

For the United States: Jo Lawless

Defense counsel did not appear. The Court advised counsel for the United States that it would set the matter for a final pretrial conference. Accordingly, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **October 23, 2020, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

Court Time: 00/05
Court Reporter: Dena Legg

1