UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:20-cr-47-DJH

MELVIN DOWELL,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on October 16, 2020, with the following counsel participating:

    For the United States:     Jo Lawless

    For Defendant:     Wallace Rogers

The Court and counsel discussed the procedural posture of the case. The parties jointly requested that the Court remand the trial date and set the matter for a change of plea. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, the trial of this matter, currently set for November 3, 2020, is **REMANDED** from the Court's docket. The final pretrial conference set for October 23, 2020, is likewise **REMANDED**. All remaining pretrial deadlines are **VACATED**.

(2) This matter is set for a change-of-plea hearing on **October 23, 2020, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3) Pursuant to 18 U.S.C. § 3161(h)(1), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 16, 2020, to October 23, 2020, is**

**excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/10
Court Reporter: Dena Legg

cc: Jury Administrator