UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL     DEFENDANT

*Electronically Filed*
**MOTION TO CONTINUE SENTENCING HEARING**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to continue the sentencing hearing currently scheduled for February 1, 2021. (DN 34). The parties have not received a Presentence Investigation Report in the case at bar.

Respectfully Submitted,

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5912 (fax)

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on defense counsel through the Court's ECF system on January 26, 2021.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney