UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                         CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                                                                                DEFENDANT

### ORDER

This matter is before the Court on motion of the United States of America to continue the sentencing hearing currently scheduled for February 1, 2021.  **IT IS ORDERED** that the motion is **GRANTED** and the matter is remanded from the Court's docket.  A sentencing date will be set by further Order of the Court.