UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                                   CRIMINAL ACTION NO. 3:20CR47-DJH

MELVIN DOWELL                                                            DEFENDANT

*Electronically Filed*
**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

      The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

      On October 23, 2020, the defendant pled guilty to violations of 18 U.S.C. §§ 1470 and 2422(b), as charged in Counts 1 and 2 of the Indictment. The Indictment gave notice of the United States' intent to seek forfeiture. Pursuant to the plea agreement, the defendant acknowledged the United States would seek forfeiture of the 2007 Ford Ranger Super Cab VIN 1FTYR15E77PA58806.

      The Preliminary Order of Forfeiture begins the process of collecting the property authorized by the plea agreement. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the United States Marshals Service, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may assert ownership claims to the forfeited property. 21 U.S.C. § 853; Fed. R. Crim. P. 32.2. Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property.

21 U.S.C. § 853(k). Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary. 21 U.S.C. § 853(m)-(p).

Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

Respectfully submitted,

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5912 (fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on defense counsel through the Court's ECF system on March 14, 2021.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney