FILED
JAMES J. VILT, JR. - CLERK

APR 0 8 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                            Criminal Action No. 3:20-cr-047-DJH

MELVIN DOWELL,                                               Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

April 8, 2021                                        _/s/ Melvin Dowell_
Date                                                 Defendants Signature