UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20 cr 47

UNITED STATES

V.

MELVIN ANTHONY DOWELL

## ORDER

Motion having been made by the Government for Forfeiture of a 2007 Ford Pick Up Truck and Objection being filed by the Defendant, Melvin Dowell, with the Court being sufficiently advised;

IT IS HEREBY ORDERED THAT, the Government's Motion for Forfeiture of a 2007 Ford Pick Up Truck is hereby DENIED.

_____
JUDGE

_____
DATE