UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

v.			CRIMINAL ACTION NO. 3:20CR-47-DJH
			*Electronically Filed*

MELVIN DOWELL					DEFENDANT

## NOTICE OF APPEARANCE

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (fax)
Amy.Sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney