UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                          CRIMINAL ACTION NO.    3:20CR-47-DJH
*Electronically Filed*

MELVIN DOWELL                                                            DEFENDANT

## NOTICE OF FILING

       The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Declaration of Publication and Advertisement Certification Report in the above case.

                                                           Respectfully submitted,

                                                           MICHAEL A. BENNETT
                                                           United States Attorney

                                                           s/*Amy M. Sullivan*
                                                           Amy M. Sullivan
                                                           Assistant United States Attorney
                                                           717 West Broadway
                                                           Louisville, Kentucky 40202
                                                           (502) 582-5911
                                                           (502) 582-5097 (fax)
                                                           Amy.Sullivan@usdoj.gov