UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:20CR-47-DJH
                                                        *Electronically Filed*

MELVIN DOWELL                                              DEFENDANT

<u>NOTICE OF FILING</u>

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby

files the attached Receipt of Delivery in the above case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (fax)
Amy.Sullivan@usdoj.gov