

**U.S. Department of Justice**

*United States Attorney*
*Western District of Kentucky*

---

MAB/AMS/dl        717 West Broadway        Phone: 502-582-5911
       Louisville, KY 40202        Fax: 502-582-5097
       Website: www.justice.gov/usao/kyw

August 16, 2022

Sherri Dowell
7945 Rineyville Big Springs Road
Rineyville, Kentucky 4016291

       Re:    Notice of Third Party Claimant Procedure for
                   Property Forfeited in *United States v. Marvin Dowell*
                   Criminal Action No. 3:20CR-00047-DJH

Dear Ms. Dowell:

       The United States District Court for the Western District of Kentucky has ordered that certain property be forfeited to the United States in the above-styled criminal case. The enclosed Preliminary Order of Forfeiture describes the property subject to forfeiture and the procedure for filing a claim to the property in which you may have a legal right, title or interest.

       By receipt of this letter, you are given actual notice of the forfeiture of the property referred to in the preliminary order and of your right to assert a claim to it. This Notice is intended only to apprise you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to the forfeited property.

       The procedure for filing a claim is set forth more fully in Title 21, United States Code, Section 853(n). Under Section 853(n)(2) a person intending to file a claim must do so in the above-styled case within thirty (30) days of his receipt of the Notice of Forfeiture by mail or within 30 days of the last publication of the Order of Forfeiture in a newspaper of general circulation, whichever is earlier. As of the date of this letter, the Notice of Forfeiture has not yet been published for the last time; therefore, you will likely have 30 days from the receipt of this letter in which to file a claim. If delivery of the letter is delayed for any reason until after the last publication date, however, the time for filing a claim would run from the last publication date and not from the date of the receipt of this letter.

       Your petition must be filed under the above case name and number in the United Stated District Court for the Western District of Kentucky with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed preliminary order. Pursuant to 21 U.S.C. § 853(n)(3), the petition must be signed by the petitioner **under penalty of perjury** and must identify the particular property or properties in which the petitioner claims a legal right, title

or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

You must strictly comply with the time requirement and procedures, otherwise you may lose the right to litigate your claim to the property in question. I suggest that you contact an attorney to ascertain whether or not you have a sufficient legal right, title and interest in the property subject to forfeiture.

        Sincerely,

        MICHAEL A. BENNETT
        United States Attorney

        _s/ Amy M. Sullivan_____
        Amy M. Sullivan
        Assistant U.S. Attorney

enclosures

FedEx® Tracking

**DELIVERED**
# Friday
6/10/2022 at 3:47 pm

No signature required
Package delivered to recipient address

⤓ Obtain Proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓

✉ Get Status Updates

**TRACKING ID**
777077641718 ✎ ☆

**FROM**
Louisville, KY US

*Label Created*
6/8/2022 15:03

**PACKAGE RECEIVED BY FEDEX**
LOUISVILLE, KY
6/8/2022 16:31

**IN TRANSIT**
SHEPHERDSVILLE, KY
6/10/2022 06:32

**OUT FOR DELIVERY**
SHEPHERDSVILLE, KY
6/10/2022 06:39

**DELIVERED**
RINEYVILLE, KY US

*DELIVERED*
6/10/2022 at 3:47 PM

↓ View travel history

Manage Delivery                                                                            ⌄

## Shipment facts

 **Shipment overview**

**TRACKING NUMBER**

777077641718

**DELIVERED TO**

Shipping/Receiving

**SHIPPER REFERENCE**

M. Dowell

**SHIP DATE** ⓘ

6/8/22

**STANDARD TRANSIT** ⓘ

6/13/22 before 8:00 pm

**ACTUAL DELIVERY**

6/10/22 at 3:47 pm

 **Services**

**SERVICE**

FedEx Express Saver

**TERMS**

Shipper

**PURCHASE ORDER NUMBER**

USA/SS/KYW1/LOUI

**SPECIAL HANDLING SECTION**

Deliver Weekday, Residential Delivery

**Package details**

**WEIGHT**

0.5 lbs / 0.23 kgs

**TOTAL PIECES**

1

**TOTAL SHIPMENT WEIGHT**

0.5 lbs / 0.23 kgs

↑ Back to top

# Travel history

**SORT BY DATE/TIME**
Ascending

**TIME ZONE**
Local Scan Time

### Wednesday, 6/8/2022

- 3:03 PM
  **Shipment information sent to FedEx**

- 4:31 PM
  **Picked up**
  LOUISVILLE, KY

- 9:55 PM
  **Left FedEx origin facility**
  LOUISVILLE, KY

- 10:29 PM
  **At destination sort facility**
  LOUISVILLE, KY

### Thursday, 6/9/2022

- 3:24 AM
  **Arrived at FedEx hub**
  INDEPENDENCE, KY

- 5:04 AM
  **Departed FedEx hub**
  INDEPENDENCE, KY

- At local FedEx facility
  SHEPHERDSVILLE, KY

- 6:39 AM
  On FedEx vehicle for delivery
  SHEPHERDSVILLE, KY

- 3:47 PM
  Delivered
  Package delivered to recipient address - release authorized
  RINEYVILLE, KY

- 3:47 PM
  Delivered
  Package delivered to recipient address - release authorized
  RINEYVILLE, KY

↑ Back to top

**OUR COMPANY**

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)

🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)