## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                                                 CRIMINAL NO. 3:20CR-00047-DJH
                                                                                *Electronically Filed*

**MELVIN DOWELL**                                                                 **DEFENDANT**

### MOTION FOR FINAL DECREE
### AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

        Respectfully submitted,

        MICHAEL A. BENNETT
        UNITED STATES ATTORNEY

        s/Amy M. Sullivan
        Amy M. Sullivan
        Assistant U.S. Attorney
        717 W. Broadway
        Louisville, Kentucky 40202
        (502) 582-5911
        (502) 582-5097
        amy.sullivan@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        s/ Amy M. Sullivan
        Amy M. Sullivan
        Assistant United States Attorney