## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

v.                                                                                          **CRIMINAL NO. 3:20CR-00047-DJH**
                                                                                                  *Electronically Filed*

**MELVIN DOWELL**                                                                       **DEFENDANT**

### FINAL DECREE AND ORDER OF FORFEITURE

WHEREAS, on January 12, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428 and pursuant to the defendant's guilty plea to Count 1 of the Indictment;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to file a claim with the Court for a hearing to adjudicate the validity of their alleged legal interest in the property, was published on the United States' website (www.forfeiture.gov) for thirty consecutive days, beginning on March 24, 2022;

AND WHEREAS, on September 7, 2022, a third-party notice was sent to Sherri Dowell at 7945 Rineyville Big Springs Road, Rineyville, Kentucky 40162, and received on June 10, 2022. [DN: 53-1 Proof of Service];

AND WHEREAS, Wallace Rogers, counsel for Sherri Dowell, states that she will not file a claim to the vehicle;

AND WHEREAS, the United States Secret Service agrees that the items listed below will be returned to Sherri Dowell:

The below items are being held in the evidence vault at the Kentucky Office of the Attorney General Division of Criminal Investigations:

    a. Ruger SR40 handgun[1];
    b. Blue Cell phone in gold case; and
    c. Android Cell phone in camo/orange case.

The below property is being held with the vehicle at the Elizabethtown Police Department:

    d. Box of assorted tie downs, ratchet straps, rope, and gloves;
    e. Metal blue toolbox with assorted tools;
    f. Crowbar;
    g. Pruners;
    h. Hitch receiver;
    i. Floor jack in plastic case;
    j. Large manilla envelopes w/documents;
    k. Box with change, personal items, S&W SR40 Magazine (fully loaded with S&W 40cal ammo), box of .40 S&W ammo (not full);
    l. Cigar box containing miscellaneous items, change, check book ledger, voided check, including United States currency in the amount of $99.00;
    m. Box with gloves, towels, flashlights, and other miscellaneous items;
    n. Small trash bin with miscellaneous items;
    o. Multiple opened boxes of condoms; and
    p. "Ageless Male" supplements.

AND WHEREAS, no person or entity filed a claim asserting an interest in the property forfeited herein, and the time for doing so has passed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party: **2007 Ford Ranger Super Cab VIN # 1FTYR15E77PA58806.**

---

[1] The Ruger SR40 handgun, will be returned to Sherri Dowell as long as she is not prohibited from possessing firearms.

2. That the Court finds that the property is subject to forfeiture pursuant to 18 U.S.C. § 2428, and since no person or entity has filed a claim to this property, default judgment against all other persons is hereby entered;

3. That the United States, the United States Secret Service, or any duly authorized law enforcement agency shall forthwith seize the forfeited property and dispose of it in accordance with the law;

4. That all right, title, and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

5. That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

6. That any and all forfeited property and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the authorized agency into the Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 853; and

7. The law enforcement agencies listed above shall return the above-listed items (except for the forfeited Ford Ranger) to Sherri Dowell through coordination with the United States Secret Service Special Agent Griffith. If Mrs. Dowell fails to pick up these items within 60-days of the entry of this order, then the law enforcement agencies may destroy these items.