**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

v.                                      **CRIMINAL NO. 3:20CR-00047-DJH**
                                                                  *Electronically Filed*

**MELVIN DOWELL**                                                        **DEFENDANT**

**UNITED STATES MOTION TO WITHDRAW**
**MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE**

The United States, by counsel, respectfully moves to withdraw the motion for final order of forfeiture (DN: 54 Motion for Final Decree and Order of Forfeiture). The United States will submit a new motion when issues regarding the return of property have been resolved.

                                                               Respectfully submitted,

                                                               MICHAEL A. BENNETT
                                                               United States Attorney

                                                               /s/Amy M. Sullivan
                                                               Amy M. Sullivan
                                                              Assistant United States Attorney
                                                               717 W. Broadway
                                                               Louisville, Kentucky 40202
                                                               (502) 582-5911

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                               /s/Amy M. Sullivan
                                                               Amy M. Sullivan
                                                               Assistant U.S. Attorney