**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

v.                                                                        **CRIMINAL NO. 3:20CR-00047-DJH**
                                                                                                 *Electronically Filed*

**MELVIN DOWELL**                                                                                      **DEFENDANT**

**ORDER**

Upon the United States' motion to withdraw the motion for a final order of forfeiture, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the motion to withdraw (DN 54 Motion for Final Decree and Order of Forfeiture) is GRANTED and is hereby remanded from the Court's docket.