UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CRIMINAL NO. 3:20CR-00047-DJH<br>*Electronically Filed* |
| **MELVIN DOWELL** | **DEFENDANT** |

## MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture (the United States moved to withdraw the previously filed motion for a final order of forfeiture (DN 55 Mot. to Remand)).  The attached Final Decree and Order of Forfeiture forfeits the vehicle by agreement with the only known potential claimant, Dorothy Lancaster (defendant's spouse) who is represented by Wallace Rogers. This proposed Order also provides for the return of seized property except for the firearm and ammunition—the disposition of which will be addressed by a separate motion and order (as set forth in the Order).

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/Amy M. Sullivan
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                              s/ Amy M. Sullivan
                                              Amy M. Sullivan
                                              Assistant United States Attorney