UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                              Plaintiff,

v.                                                                    Criminal Action No. 3:20-cr-47-DJH

MELVIN DOWELL,                                                                         Defendant.

\* \* \* \* \*

## ORDER

The United States having moved to withdraw its previous motion for final order of forfeiture (Docket No. 55; *see* D.N. 54), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to withdraw (D.N. 55) is **GRANTED**. The motion for final order of forfeiture filed April 10, 2023 (D.N. 54) is **WITHDRAWN** and **REMANDED** from the Court's docket.

July 25, 2023

David J. Hale, Judge
United States District Court

1